UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KEVIN JAIRAJ,

     Plaintiff,

 v.

HEAVY, INC.

     Defendant.

------------------------------------------------------------x

APR 0 8 2019

Civil Action No. 18 CV 8275 (AJN)
Judge Alison J. Nathan
ECF Case

## **STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel for plaintiff and defendant Heavy, Inc. ("Heavy"), that the time for Heavy to answer or otherwise respond to the claims contained in the complaint in this action is extended up to and including April 24, 2019;

Dated: New York, New York
    April 2, 2019

| LIEBOWITZ LAW FIRM, PLLC | LEBOWITZ LAW OFFICE, LLC |
|---|---|
| By: _S/ Richard Liebowitz_<br>Richard Liebowitz (RL 1234) | By: _____<br>Marc A. Lebowitz (ML 7381)<br>Keith M. Getz (KG 6091) |
| 11 Sunrise Plaza, Suite 301<br>Valley Stream, New York 11580<br>T: (516) 233-1660 | 747 Third Avenue, 23rd Floor<br>New York, New York 10017<br>T: (212) 682-6818<br>F: (212) 682-0030 |
| Attorneys for Plaintiff | Attorneys for Defendant |

So ordered: 4/5/19
_____
U.S.D.J.

> The parties' request is hereby DENIED as moot. As the Court stated in its order of March 13, 2019, Defendant Heavy has already responded to the complaint. Dkt. No. 25. Counsel are reminded that no further extensions of conference dates will be approved in this matter.
> SO ORDERED.