

April 26, 2019

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    ***Jairaj v. Heavy Inc. (1:18-cv-8275-AJN)***

Dear Judge Nathan,

We represent Plaintiff, Kevin Jairaj, in the above in-captioned case. The parties have reached a settlement in principle and respectfully request that this Court administratively dismiss the action with leave to reopen the case in thirty (30) days from today's date if the parties have not submitted their final notice of dismissal by such time.

The Court's consideration is much appreciated.

                                        Respectfully submitted,

                                        /s/Richard Liebowitz
                                        Richard P. Liebowitz

                                        *Counsel for Plaintiff Kevin Jairaj*

